IN RE: **Singh, Satwinder & Kaur, Harbinder**
Debtor(s)

Case No. _____
Chapter **7**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 2, 2008**

*/s/ Luong Lechau*
Signature of Debtor's Attorney or Pro Per Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aarow Financial Services
5996 W Touhy Ave
Niles, IL  60714


American Honda Finance
Po Box 5025
San Ramon, CA  94583


Americredit
801 Cherry St., Ste. 3900
Fort Worth, TX  76102


Amex
P.o. Box 981537
El Paso, TX  79998


Amex
4315 S 2700 W
Salt Lake City, UT  84184


Aspire/cb And T
Po Box 105555
Atlanta, GA  30348


Associates/citibank
Po Box 6003
Hagerstown, MD  21747


Att And T Universal/ Citibank
Po Box 6241
Sioux Falls, SD  57117


Banco Populr
155 Vanguard St.
Orlando, FL  32819

Bank Of America
Po Box 1598
Norfolk, VA   23501


Bank Of America
P.O. Box 60069
City Of Industry, CA   95336


Bb And B/cbsd
Po Box 6003
Hagerstown, MD   21747


Cach Llc
370 17th St Ste 5000
Denver, CO   80202


Capital 1 Bk
11013 W Broad St
Glen Allen, VA   23060


Chase
800 Brooksedge Blvd
Westerville, OH   43081


Citibank
Po Box 6241
Sioux Falls, SD   57117


Discover Fin
Pob 15316
Wilmington, DE   19850


Discover Financial Ser
Po Box 5005
Sioux Falls, SD   57117

E*trade Credit Card
671 N Glebe Rd Fl 11
Arlington, VA  22203


Gemb/chevron
Pob 5010 Room 1242
Concord, CA  94524


Gemb/ge Money Loc
Po Box 30762
Salt Lake City, UT  84130


Gemb/gemoney
Po Box 981127
El Paso, TX  79998


Hilco Rec
One Northbrook Pla Suite 415
Northbrook, IL  60062


Hsbc Bank
Po Box 5253
Carol Stream, IL  60197


IRS
Insolvency Department
P.O. Box 21125
Philadelphia, PA  19114


Jc Penney
Po Box 981402
El Paso, TX  79998


Mcydsnb
9111 Duke Blvd
Mason, OH  45040

```
Sears/cbsd
Po Box 6189
Sioux Falls, SD   57117


Shell Oil/citibank
Po Box 6003
Hagerstown, MD   21747


Sherman Acquisitions
Po Box 740281
Houston, TX   77274


U S Bank
101 5th St E Ste A
Saint Paul, MN   55101


Visa Credit Card Services
225 Chastain Meadows Ct
Kennesaw, GA   30144


Washmtl/prov
Po Box 9180
Pleasanton, CA   94588


Wells Fargo
Po Box 5445
Portland, OR   97208
```